******************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.
******************************************

SYLVESTER TRAYLOR *v.* CATHY
GAMBRELL ET AL.
(AC 39641)

Alvord, Prescott and Beach, Js.

Argued January 16—officially released March 27, 2018

*Procedural History*

Action to recover personal property, and for other relief, brought to the Superior Court in the judicial district of Stamford-Norwalk; thereafter, the plaintiff withdrew the matter as to the defendant Bruce Wollschlager; subsequently, the matter was transferred to the judicial district of Waterbury, Complex Litigation Docket; thereafter, the court, *Dooley, J.*, granted the motion to strike filed by the defendant Maciej A. Piatkowski et al.; subsequently, the matter was transferred to the judicial district of Stamford-Norwalk, Complex Litigation Docket; thereafter, the court, *Genuario, J.*, granted the defendants' motions for summary judgment and rendered judgment thereon, from which the plaintiff appealed to this court. *Affirmed*.

*Sylvester Traylor*, the appellant (plaintiff).

*Adam J. Tusia*, with whom was *Mark A. Milano*, for the appellees (named defendant et al.).

*Maciej A. Piatkowski*, self-represented, for the appellees (defendant Maciej A. Piatkowski et al.).

*Ronald J. Houde, Jr.*, for the appellee (defendant town of Waterford).

*Opinion*

PER CURIAM. The plaintiff, Sylvester Traylor, appeals from the summary judgment rendered by the trial court in favor of the defendants, Cathy Gambrell, Connecticut Interlocal Risk Management Agency (agency), the town of Waterford, Ryan Ryan Deluca LLP, and Maciej A. Piatkowski.[1] On appeal, the plaintiff claims that the trial court improperly rendered summary judgment in favor of the defendants on his claims of spoliation of evidence and in favor of the agency on his claim of unfair trade practices in violation of the Connecticut Unfair Trade Practices Act (CUTPA), General Statutes § 42-110a et seq., and that the court erred in striking his CUTPA claim against Ryan Ryan Deluca LLP.

After examining the record and the briefs and considering the arguments of the parties, we are persuaded that the judgment rendered by the trial court should be affirmed. The issues raised by the plaintiff were resolved properly in the thoughtful and comprehensive memorandum of decision filed by the trial court. Further discussion by this court would serve no useful purpose. See *Socha* v. *Bordeau*, 289 Conn. 358, 362, 956 A.2d 1174 (2008).

The judgment is affirmed.

[1] Although Bruce Wollschlager was also named as a defendant, the action was withdrawn as to him on November 6, 2014.